Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.

**No. 66120.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 60/30507 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

BEFORE THE FIRST DIVISION, OCTOBER 4, 1961

**No. 66121.**—S. H. Kress & Co. *v.* United States, protest 226550–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

**No. 66122.**—Max Eckardt & Sons Ornament Corp. *v.* United States, protest 61/3368 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

**No. 66123.**—Swartz Waldbaum *v.* United States, protest 61/4199 (New York).